**Entered on Docket**
**January 13, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
10-74569

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-54616-gwz |
|---|---|
| Macedonio Segura | Date:  1/4/2011<br>Time:  10:00 am |
|  | Chapter 7 |
| Debtor. |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property described as 2480 Westfall Road , Sparks, NV  89436.

///

///

///

///

IT IS SO ORDERD this _____ day of _____, 2011.

Submitted by:
**WILDE & ASSOCIATES**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
**Daniel Bonneville**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Keith J. Tierney**
Chapter 7 Trustee

1  IT IS SO ORDERD this _____ day of _____, 2011.

2  Submitted by:
3  **WILDE & ASSOCIATES**

4  _____
   **Gregory L. Wilde, Esq.**
5  Attorney for Secured Creditor

6  APPROVED / DISAPPROVED
7  *[signature]*
8  **Daniel Bonneville**
   Attorney for Debtor(s)

9  APPROVED / DISAPPROVED
10
11 _____
   **Keith J. Tierney**
12 Chapter 7 Trustee

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or          \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or          \_\_x\_\_ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor